UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Alan Olson,                                    Case No. 20-cv-1249 (PJS/DTS)

    Plaintiff,

v.                                                     **ORDER**

United States of America, et al.,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 13, 2021. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The stay of the entry of judgment is lifted; and

2. This case is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2/1/21                                          _s/Patrick J. Schiltz_____
                                                                                    Patrick J. Schiltz
                                                                                    United States District Judge